torney General, for petitioners. *Mr. Leonard O. Lytle* for respondents.

No. 569. Tot *v.* United States. January 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted limited to the 4th and 5th questions stated in the Government's memorandum. *Mr. Frederic M. P. Pearse* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Robert S. Erdahl* and *Valentine Brookes* for the United States.

No. 496. Sun Oil Co. et al. *v.* Burford et al. January 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Dan Moody, Wyman S. Gideon,* and *J. B. Robertson* for petitioners. *Messrs. Gerald C. Mann,* Attorney General of Texas, *Ed Roy Simmons, James D. Smullen,* Assistant Attorneys General, and *James P. Hart* for respondents.

No. 580. Owens, Executrix, *v.* Union Pacific Railroad Co. January 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Frank C. Hanley* for petitioner. *Mr. Roy F. Shields* for respondent.

No. 581. Southland Gasoline Co. *v.* Bayley et al. January 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Claude H. Rosenstein* for petitioner.